USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _November 4, 2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>THE BON-TON HOLDINGS, INC.,<br><br>                    **Defendant.** | **20-cv-2195 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff advises the Court that the parties have reached a settlement in principle. (ECF No. 9). The Court adjourns all deadlines *sine die*. The parties shall file a stipulation discontinuing this case by November 30, 2020.

**SO ORDERED.**

Dated:    November 4, 2020
             New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**