```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ,<br><br>         **Plaintiff**,<br><br>-against-<br><br>THE BON-TON HOLDINGS, INC.,<br><br>         **Defendant.** | **MEMO ENDORSED**<br><br>**20-cv-2195 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On November 3, 2020, Plaintiff advised the Court that the parties reached a settlement in principle. (ECF No. 9). The Court ordered the parties to file a stipulation discontinuing this case by November 30, 2020. (ECF No. 10). To date, the parties have not filed their stipulation. The parties are therefore ordered to file a joint status report or a stipulation of dismissal by November 8, 2021.

**SO ORDERED.**

Dated: November 2, 2021
     New York, New York

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**